In the Matter of the Accounting of SYRACUSE TRUST COMPANY, as Trustee under the Will of FLORA REED, Deceased, Respondent.

ELIZABETH VINCENT et al., Appellants; HENRY D. BARTO, Respondent.

*Trusts and trustees — accounting — disposition of surplus income.*

*Matter of Syracuse Trust Co. (Reed)*, 208 App. Div. 759, affirmed.
(Submitted May 23, 1924; decided June 6, 1924.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 9, 1924, which affirmed a decree of the Onondaga County Surrogate's Court dismissing objections to the account of the trustee and directing the payment of surplus income not disposed of by the will to the next of kin instead of to the residuary legatees as the persons presumptively entitled to the next eventual estate.

.*James G. Tracy* for appellants.
*W. S. Estabrook* for trustee, respondent.
*John B. Tuck* for Henry D. Barto, respondent.

Order affirmed, with costs payable out of surplus income; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Not sitting: ANDREWS, J.